UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SHUDDE FATH, *et al.*, § | |
|     *Plaintiffs*, § | |
| § | |
| v. § | No. 1:16cv00234-LY |
| § | |
| TEXAS DEPARTMENT OF TRANSPORTATION, § | |
| *et al.*, § | |
|     *Defendants*. § | |

## NOTICE OF APPEAL

Notice is hereby given that Shudde Fath, Save Barton Creek Association, Friends of the Wildflower Center, Carole Keeton, Frank Cloud Cooksey, Susan and Jerry Jeff Walker, Dr. Laurie Dries, Save Our Springs Alliance, Inc., MoPac Corridor Neighbors Alliance, The Friendship Alliance of Northern Hays County, Inc., and Clean Water Action, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit, from the order of October 19, 2016, denying Plaintiffs' Application for Preliminary Injunction.

Respectfully submitted,

   */s/ Renea Hicks*
Renea Hicks
Attorney at Law
Texas Bar No. 09580400

LAW OFFICE OF MAX RENEA HICKS
101 West 6th Street, Suite 504
Austin, Texas 78701
(512) 480-8231
Fax (512) 480-9105
rhicks@renea-hicks.com

   */s/ Daniel R. Richards*
**Daniel R. Richards**
Texas Bar No. 00791520
drichards@rrsfirm.com
**Clark Richards**
Texas Bar No. 90001613
crichards@rrsfirm.com

**Richards Rodriguez & Skeith, LLP**
816 Congress, Suite 1200
Austin, Texas 78701
Tel 512-476-0005
Fax 512-476-1513

_____
William G. Bunch
W.D. Tex. Bar No. 0334520

___/s/Kelly D. Davis_____
Kelly D. Davis
W.D. Tex. Bar No. 24069578

SAVE OUR SPRINGS ALLIANCE
905 W. Oltorf, Suite A
Austin, Texas 78704
T. (512) 477-2320
F. (512) 477-6410
bill@sosalliance.org

**ATTORNEYS FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

I certify that on October 25, 2016, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will automatically notify all counsel of record electronically.

___/s/ Kelly D. Davis_____
Kelly D. Davis